**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

September 2, 2014

Chris Wolpert
Chief Deputy Clerk

Frances C. Bassett
Thomas W. Fredericks
Todd K. Gravelle
Martha L. King
Jeremy J. Patterson
Jeffrey S. Rasmussen
Matt Kelly
Fredericks Peebles & Morgan
1900 Plaza Drive
Louisville, Colorado 80027

**RE:    14-4040, Jones, et al v. Norton, et al**
        Dist/Ag docket: 2:09-CV-00730-TC-EJF

Dear Counsel:

Appellants' motion for leave to file supplemental appendix received in this case is deficient in the following respect:

The motion does not contain a statement regarding opposing party's position on the relief requested or why their position was not included. *See* 10th Cir. R. 27.3 (C).

The court will not act upon the deficient motion. You have 10 days from the date of this letter to file a corrected motion. The corrected motion must include proof of service on all other parties to the appeal.

Please contact this office if you have questions.

        Sincerely,

        Elisabeth A. Shumaker
        Clerk of the Court

cc:     Julianne P. Blanch
        Britton R. Butterfield
        Scott D. Cheney
        Noah Madison Hoagland
        J. Clifford Petersen
        Nathan Skeen
        Gregory M. Soderberg
        Robert W. Thompson
        Jesse Carl Trentadue
        David N. Wolf

EAS/sls