UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

DEBRA JONES, et al.,

    Plaintiffs/Appellants,

v.

VANCE NORTON, et al.,

    Defendants/Appellees.

No. 14-4040
(D.C. No. 2:09-cv-430-TC)

_____

**APPELLANTS' AMENDED MOTION FOR LEAVE TO
FILE SUPPLEMENTAL APPENDIX**
_____

    On August 29, 2014, Appellants, parents of Todd Murray, on their own behalf and on behalf of their deceased son, Todd Murray, filed their opening brief of the merits of this matter. In conjunction with their Brief and Appendix, Appellants filed a motion to supplement the Appendix with true and accurate copies of two photographs, of the same quality as should have been submitted to the Court by Blackburn Mortuary when they instead submitted grainy black and white copies of the photographs as part of district court document 183-3. The documents contained in the proposed supplemental appendix are critical to assist the Court in

understanding the factual background of Appellants claims against Blackburn Mortuary for intentional inflection of emotional distress.

Therefore, pursuant to Rule 27 of the Federal Rules of Appellate Procedure, the Appellants respectfully submit this Amended Motion for Leave to File Supplemental Appendix.

**STATEMENT OF POSITION OF APPELLEES REGARDING MOTION**

The motion to supplement will be opposed. Mr. Murray discovered the need to supplement after normal working hours on August 29, 2014, and stated in their motion that they had not consulted with opposing parties regarding the motion. Upon receipt of a notice of deficiency from the Court on the next work day, September 2, 2014, Mr. Murray's family communicated by email with Appellees to determine their position. Blackburn Mortuary informed Mr. Murray's family that it would oppose the motion. Other appellees have not, to date, responded. Mr. Murray's family is therefore aware that the motion will be opposed by at least one party. Mr. Murray's family had intended to provide updated information of all known position of Appellees on September 12, but though inadvertence (for which it apologizes, and to the extent needed requests that the Court permit the belated filing) did not get that updated information filed, and is filing it on September 16.

**PROPOSED SUPPELMENTATION AND BASIS FOR SUPPLEMENTATION**

Appellants' proposed supplemental appendix contains the following documents:

1. A true and correct color copy of the picture which was sent to Blackburn Mortuary in discovery on January 20, 2012, captioned "Photograph taken by the Murray family showing the jagged-gash on Todd Murray's neck." Ex. 1. A poor black and white reproduction of that document is currently in the District Court file as document 193-3, page 6 and is included as Volume 3, page 845 of the appendix to this Court. Ex. 2.

2. A true and correct color copy of the picture which was sent to Blackburn Mortuary in discovery on January 20, 2012, also captioned "Photograph taken by the Murray family showing the jagged-gash on Todd Murray's neck," taken from a slightly different angle than the other photograph. Ex. 3. A poor black and white reproduction of that document is currently in the District Court file as document 193-3, page 7 and is included as Volume 3, page 846 of the appendix to this Court. Ex. 4.

In a supplemental discovery response to Blackburn Mortuary, <u>the Murray Family sent the more detailed color copies</u> of both photographs as attachments to emails. As part of its motion to dismiss the Murray Family's claims, Blackburn Mortuary submitted a copy of the Tribe's supplemental discovery request, but instead of submitting a true and accurate copy of the color photographs, which show

3

the gash which the mortuary made to Mr. Murray's neck, without consulting or obtaining permission from Mr. Murray's family, and their gruesome stitching of the wound, the <u>mortuary submitted grainy black and white copies</u>, containing significantly less detail than a true and correct copy would provide.

Through inadvertence, the undersigned attorney for Mr. Murray had not noticed, until producing the brief to this Court, that the copies which the mortuary submitted to the district court were of considerably lower quality and resolution to those which had actually been sent to the mortuary in discovery.

The photos relate directly to an issue in this appeal--whether the mortuary's unauthorized desecration of Mr. Murray's body caused intentional inflection of emotional distress when the Murray Family discovered, without prior knowledge or warning, that the mortuary had desecrated their son's body. The true and accurate copy, with the details actually contained in the original discovery sent to the mortuary, would assist the Court and would accurately reflect the image which confronted the Murray Family when they received Mr. Murray's desecrated body.

Appellants will file hard copies of the supplemental appendix, pursuant to Rule 30 of the Federal Rules of Appellate Procedure, upon approval by the Court.

Dated this 16th day of September, 2014.

Respectfully submitted,

FREDERICKS PEEBLES & MORGAN LLP

By: /s/ *Jeffrey S. Rasmussen*     (Digital)
   Frances C. Bassett
   Thomas W. Fredericks
   Jeremy J. Patterson
   Jeffrey S. Rasmussen
   Matt Kelly
   1900 Plaza Drive
   Louisville, Colorado  80027
   Telephone:  303-673-9600
   Facsimile:  303-673-9155/9839
   Email Addresses:
   fbassett@ndnlaw.com
   tfredericks@ndnlaw.com
   jpatterson@ndnlaw.com
   jrasmussen@ndnlaw.com
   mkelly@ndnlaw.com
   *Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF DIGITAL SUBMISSION AND PRIVACY REDACTIONS

      I hereby certify that a copy of the foregoing **APPELLANTS' AMENDED MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX**, as submitted in Digital Form via the court's ECF system, is an exact copy of the written document filed with the Clerk and has been scanned for viruses with Sunbelt Vipre Enterprise version 6.2.5.1, Definition Version 8650 dated 8/24/2014, and, according to the program, is free of viruses. In addition, I certify all required privacy redactions have been made.

      By:    /s/  *Jeffrey S. Rasmussen*     (Digital)

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2014, a copy of the foregoing **APPELLANTS' AMENDED MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX** was served via the ECF/NDA system which will send notification of such filing to all parties of record as follows:

**J. CLIFFORD PETERSON**
Assistant Attorney General
**SEAN D. REYES**
Utah Attorney General
Utah Attorneys General's Office
Litigation Unit
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, UT 84114-0856
*Attorneys for Defendants/Appellees Dave Swenson, Craig Young, Rex Olsen, Jeff Chugg, and Sean Davis*

**JESSE C. TRENTADUE**
**BRITTON R. BUTTERFIELD**
SUITTER AXLAND, PLLC
8 E. Broadway, Ste. 200
Salt Lake City, UT 84111
*Attorneys for Defendants/Appellees Vernal City, Uintah County, Vance Norton, Anthoney Byron, Bevan Watkins, and Troy Slaugh*

**ROBERT W. THOMPSON**
**NATHAN R. SKEEN**
**JULIANNE P. BLANCH**
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, 11th Floor
Salt Lake City, UT 84095
*Attorneys for Defendant/Appellee Blackburn Company, Inc.*

By:   /s/ *Jeffrey S. Rasmussen*   (Digital)